United States District Court
Southern District of Texas
**ENTERED**
May 13, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KURT COLEMAN | § § § § | |
| VS. | § § | C.A. NO. 4:22-cv-00469 (JURY) |
| STATE FARM LLOYDS | § § | |

## ORDER ON STIPULATION OF DISMISAL WITH PREJUDICE

On this date, came to be considered Plaintiff's Stipulation of Dismissal. The Court, having considered Plaintiff's Stipulation of Dismissal is of the opinion that the Stipulation of Dismissal should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Stipulation of Dismissal is GRANTED, and Defendant, STATE FARM LLOYDS is hereby dismissed, with full prejudice, from this lawsuit and that Plaintiff is barred from re-filing any claims and/or causes of action against Defendant at a later date. All costs of court are assessed against the party incurring same.

All relief not expressly granted herein is DENIED.

APPROVED AND ORDERED on this _10_ day of ___May___, 2022.

_____
United States District Court Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

**THE LAW OFFICE OF
ANDREW P. TAYLOR, PLLC**

By: */s/ Andrew P. Taylor with permission*
    **ANDREW P. TAYLOR**
    State Bar No. 24070723
    219 W. 31st Street
    Houston, Texas 77018
    (281) 687-1413 – Telephone
    (281) 715-5489 – Facsimile
    andrew@andrewptaylorlaw.com

**ATTORNEY FOR PLAINTIFF**


**GERMER PLLC**

By: [signature]
    **DALE M. "RETT" HOLIDY**
    State Bar No. 00792937
    Federal I.D. No. 21382
    America Tower
    2929 Allen Parkway, Suite 2900
    Houston, Texas 77019
    (713) 650-1313 - Telephone
    (713) 739-7420 - Facsimile
    holidyefile@germer.com

**ATTORNEY FOR DEFENDANT**