United States District Court
Southern District of Texas
**ENTERED**
May 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KURT COLEMAN | § § § | |
| VS. | § § § | C.A. NO. 4:22-cv-00469 (JURY) |
| STATE FARM LLOYDS | § | |

### ORDER ON STIPULATION OF DISMISAL WITH PREJUDICE

On this date, came to be considered Plaintiff's Stipulation of Dismissal. The Court, having considered Plaintiff's Stipulation of Dismissal is of the opinion that the Stipulation of Dismissal should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Stipulation of Dismissal is GRANTED, and Defendant, STATE FARM LLOYDS is hereby dismissed, with full prejudice, from this lawsuit and that Plaintiff is barred from re-filing any claims and/or causes of action against Defendant at a later date. All costs of court are assessed against the party incurring same.

All relief not expressly granted herein is DENIED.

APPROVED AND ORDERED on this **12** day of **May**, 2022.

_____
United States District Court Judge

APPROVED AS TO FORM AND SUBSTANCE:

THE LAW OFFICE OF
ANDREW P. TAYLOR, PLLC

By: /s/ Andrew P. Taylor with permission
ANDREW P. TAYLOR
State Bar No. 24070723
219 W. 31st Street
Houston, Texas 77018
(281) 687-1413 – Telephone
(281) 715-5489 – Facsimile
andrew@andrewptaylorlaw.com

ATTORNEY FOR PLAINTIFF


GERMER PLLC

By: /s/ Rett Holidy
DALE M. "RETT" HOLIDY
State Bar No. 00792937
Federal I.D. No. 21382
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 - Telephone
(713) 739-7420 - Facsimile
holidyefile@germer.com

ATTORNEY FOR DEFENDANT